No. 86–56. SHOECRAFT *v.* CATHOLIC SOCIAL SERVICES BUREAU, INC., ET AL. Appeal from Sup. Ct. Neb. dismissed as moot.

No. 85–1959. UNITED STATES *v.* MCAFEE ET AL. C. A. 1st Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Henderson* v. *United States*, 476 U. S. 321 (1986).

No. 85–2110. KELLY, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, ET AL. *v.* MATUSIAK. C. A. 2d Cir. Certiorari dismissed in light of the suggestion of death of respondent.

No. 85–2128. FLORIDA *v.* CROSS. Sup. Ct. Fla. Certiorari dismissed in light of the suggestion of death of respondent.

No. 86–5500. ROOK *v.* RICE, WARDEN. C. A. 4th Cir. Certiorari dismissed as moot.

No. — – ——. CARTER *v.* WOODRUFF ET AL.; and

No. — – ——. GALIN *v.* DOW CHEMICAL PACIFIC LTD. ET AL. Motions to direct the Clerk to file the petitions for writs of certiorari out of time denied.

No. A–136 (86–173). HARRIS *v.* ATTORNEY GENERAL OF VIRGINIA ET AL. C. A. 4th Cir. Application for bail, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. A–212. KOWALIK *v.* UNITED STATES. C. A. 10th Cir. Application for stay, addressed to JUSTICE BLACKMUN and referred to the Court, denied.

No. D–556. IN RE DISBARMENT OF SODOWICK. Michael Samuel Sodowick, of West Caldwell, N. J., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on May 5, 1986 [476 U. S. 1102], is hereby discharged.